**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6242**

_____

CHARLES A. INKO-TARIAH,

Plaintiff - Appellant,

versus

HARLEY G. LAPPIN, Director, Federal Bureau of
Prisons; ART F. BEELER, Warden, Federal
Medical Center, Butner; MONA HORTON,
Supervisor of Education, Federal Medical
Center, Butner; MARY ELLIS, Director of
Nursing, Federal Medical Center, Butner,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, Senior
District Judge. (5:05-ct-00585-H)

_____

Submitted: July 18, 2007          Decided: August 16, 2007

_____

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

_____

Remanded by unpublished per curiam opinion.

_____

Charles A. Inko-Tariah, Appellant Pro Se. Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Inko-Tariah appeals the dismissal of his complaint alleging violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12131 et seq. (ADA); Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 (RA); 42 U.S.C. § 1983; and the North Carolina Anti-Discrimination statute codified at North Carolina General Statutes § 168A.

Because the district court failed to address Inko-Tariah's RA claims, we remand to the district court for the limited purpose of considering these claims. Upon disposition of this claim, the district court should return the record as supplemented to this court for final adjudication of Inko-Tariah's appeal.

REMANDED